IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02950-MSK-MEH

LISA M. JOHNSON,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO, and
BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 6, 2012.**

    Before the Court is Defendants' Motion to Dismiss [filed November 30, 2012; docket #10]. In accordance with Fed. R. Civ. P. 15(a), the Plaintiff filed an Amended Complaint on December 4, 2012; however, the only amendments made to the original complaint appear to be the omission of two claims, neither of which is addressed in the pending motion. Nevertheless, for the orderly and efficient management of its docket, the Court will **deny** the motion **without prejudice**. *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)). Defendants shall file an answer or other response to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).