IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02950-MSK-MEH

LISA M. JOHNSON,

      Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO, and BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 13, 2013.**

      Plaintiff's Unopposed Motion for Leave to File Amended Reply in Support of her Motion for Leave to File Amended Complaint [filed May 10, 2013; docket #47] is **granted**. The Court will consider the amended Exhibit 2 in its consideration of the pending motion to amend.