IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No.   12-cv-02950-MSK-MEH        Date:   April 2, 2014
Courtroom Deputy: Cathy Pearson                **FTR – Courtroom A501**

LISA M. JOHNSON,                                Sharyn Dreyer
                                                Brooke Pardee
    Plaintiff,

vs.

SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER        Mary Gray
AND STATE OF COLORADO and
BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1
IN THE COUNTY OF DENVER AND STATE OF COLORADO,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**   2:03 p.m.

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Plaintiff's Motion to Compel Defendants to Produce Information and Documents Sought in Plaintiff's Discovery Requests (Doc. 93, filed 1/31/14).

**ORDERED:**   Plaintiff's Motion to Compel Defendants to Produce Information and Documents Sought in Plaintiff's Discovery Requests (Doc. 93, filed 1/31/14) is GRANTED in part and DENIED in part as stated on the record.

Counsel for Defendants is directed to file a Status Report, advising the Court that the process of requesting information from relevant district employees has been completed.

Discussion held regarding Defendants' intention to file a motion to stay discovery pending the ruling on Defendants' appeal of this Court's Order on Motion for Sanctions entered on March 13, 2014 (Doc. 103), and Plaintiff's Motion for Award of Attorney Fees and Costs (Doc. 107, filed 3/25/14).

**Court in recess:**   2:53 p.m.   (Hearing concluded)
**Total time in court:**   0:50

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.