IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02950-MSK-MEH

LISA M. JOHNSON,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1 IN THE COUNTY OF DENVER AND STATE OF COLORADO, and BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 25, 2014.**

Defendants' Emergency Motion to Magistrate Judge to Stay Payment of Attorney Fees [filed April 24, 2014; docket #126] is **granted**.  As discussed with the parties at the motion hearing on April 2, 2014, the Court will stay its order for payment of the attorney's fees (docket #124) until the District Court has ruled on Defendants' objection to the order granting sanctions (docket #103).